UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 22-cv-480-JES-KCD

PETER J. SOLEY AND STACY SOLEY,

     Plaintiffs,

v.


TRUIST F/K/A SUNTRUST BANK,

     Defendant.

_____/

## UNIFORM CASE MANAGEMENT REPORT

### 1. Date and Attendees

The parties conducted the planning conference on September 20, 2022. Andrew V. Tramont, Esq., as counsel for Plaintiffs, and Nicholas S. Agnello, Esq., as counsel for Defendant, attended the conference.  The conference was conducted by telephone.

Mr. Agnello's participation in the conference, as well as his submission of the proposed Case Management Report, is without prejudice to Truist's request to compel arbitration and dismiss or in the alternative to stay the case, and should not be construed as a waiver of same.  In the event Truist's motion is not ruled upon prior to the commencement of discovery, Truist is likely to move to stay discovery pending the outcome of Truist's motion regarding arbitration.

### 2. Deadlines and Dates

The parties request these deadlines and dates:

49084461 v1

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 10/14/2022 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 11/4/2022 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 12/2/2022 |
| Defendant's deadline for disclosing any expert report. | 12/16/2022 |
| Deadline for disclosing any rebuttal expert report. | 1/6/2023 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 1/13/2023 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N.A. |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 1/13/2023 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Enter mediator's name, address, and phone number. | 1/27/2023 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 5/5/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be | 5/12/2023 |

49084461 v1

| | |
|---|---|
| at least seven days before the final pretrial conference.) | |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 5/19/2023 |
| Month and year of the trial term. | 6/1/2023 |

The trial will last approximately five days and be

☒ jury.

☐ non-jury.

## 3. Description of the Action

**PLAINTIFFS ALLEGE THAT DEFENDANT NEGLIGENTLY ALLOWED AND/OR FACILITATED WIRE TRANSFERS FROM PLAINTIFFS' BANK ACCOUNT TO FRAUDULENT ENTITIES.**

## 4. Disclosure Statement

☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

## 5. Related Action

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

49084461 v1

## 6. Consent to a Magistrate Judge

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

## 7. Preliminary Pretrial Conference

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

49084461 v1

## 8. Discovery Practice

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

## 9. Discovery Plan

The parties submit the following discovery plan under Rule 26(f)(2):

A.  The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

    ☒  Yes.
    ☐  No; instead, the parties agree to these changes: enter changes.

B.  Discovery may be needed on these subjects: Parties are not aware at this time of any subjects out of the ordinary on which discovery will be needed.

C.  Discovery should be conducted in phases:

    ☒  No.
    ☐  Yes.

D.  Are there issues about disclosure, discovery, or preservation of electronically stored information?

    ☐  No.
    ☒  Yes; Due to Defendant's status as a financial institution, there may issues relating to these subjects, such as how to retrieve electronically stored information and concerns Defendant may have regarding disclosure of its banking records and practices and policies.

5

49084461 v1

E.   ☒   The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.   The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒   No.
☐   Yes.

## 10.   Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11.   Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12.   Signatures

*__Andrew V. Tramont, Esq.__*
*Counsel for Plaintiffs, Peter J. Soley and Stacy Soley*
Email: avt@rtgn-law.com
Rodriguez Tramont & Nunez, P.A.
255 Alhambra Circle – Suite 1150
Coral Gables, Florida 33134
Tel: (305) 350-2300
Fax: (305) 350-2525

6

49084461 v1

***Nicholas S. Agnello, Esq.***
*Counsel for Defendant, Truist Bank f/k/a SunTrust Bank*
Email: nagnello@burr.com
Email: flservice@burr.com
Email: rzamora@burr.com
Burr & Forman LLP
350 East Las Olas Boulevard – Suite 1440
Ft. Lauderdale, Florida 33301
Tel: (954) 414-6202
Fax: (954) 414-6201

49084461 v1